AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
для the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Aaron Adrian Lee Haa<br>and<br>Megan Lynne Bateman<br><br>*Defendant(s)* | Case No.<br>5:21-mj-1069-PRL |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 9, 2020__ in the county of __Sumter__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a firearm or ammunition affecting commerce by a convicted felon |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

TFO Zackary Hughes, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/19/2021

*Judge's signature*

City and state: Ocala, Florida

Philip R. Lammens, United States Magistrate Judge
*Printed name and title*

STATE OF FLORIDA            CASE NO.     5:21-mj-1069-PRL

COUNTY OF MARION

### AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Zackary Hughes, being duly sworn, do hereby depose and state the following:

### INTRODUCTION

1. I am a sworn law enforcement officer employed by the Marion County Sheriff's Office (MCSO) in the Criminal Investigations Division as a Major Crimes Detective. I am currently assigned as a Task Force Officer (TFO) to the Ocala office of the Federal Bureau of Investigation (FBI) with the "Safe Streets" Task Force investigating both violent and organized crime. I have also been sworn as a Special Deputy United States Marshal.

2. I began my career in law enforcement at the Marion County Sheriff's Office in March 2006. I was assigned to the Uniformed Patrol Division from March 2006 through April 2014, and was then assigned to the Major Crimes Unit. My duties in the Major Crimes Unit include, but are not limited to, death investigations, sex related crimes, child abuse and financial and fraud investigations. I have completed professional development training in injury and death investigations, investigative interviews, advanced report writing, human trafficking, gang and security threat groups, and Spanish for law enforcement officers. I hold both Bachelor's and Master's degrees in Criminal Justice from Saint Leo University.

## PURPOSE OF THE AFFIDAVIT

3. I make this affidavit in support of a criminal complaint for Aaron Adrian Lee Haa (HAA) and Megan Lynne Bateman (BATEMAN). Based on the following facts, there is probable cause to believe that HAA and BATEMAN have committed violations of 18 U.S.C. § 922(g)(1), possession of a firearm or ammunition affecting commerce by a convicted felon.

4. I have reviewed reports from the MCSO and the Sumter County Sheriff's Office (SCSO) relating to this matter. I have also reviewed the body-worn camera footage of the incident from MCSO. Based upon this review, I have obtained the information set forth below.

5. This affidavit is intended to show only that there is sufficient probable cause for the requested criminal complaint. It does not, therefore, set forth all of my knowledge about this matter and investigation.

## PROBABLE CAUSE

6. On or about December 4, 2020, MCSO Deputy Henley-Freeman responded to an address in Belleview, Marion County, Florida in the Middle District of Florida regarding the theft of a vehicle from J.B. During this investigation, J.B. and other witnesses named HAA as a suspect. HAA had reportedly taken the vehicle for a test drive and not returned it. The vehicle was identified as a silver 2004 Nissan Murano. As part of the investigation, MCSO entered the vehicle identification number (VIN) in the National Crime Information Center/Florida Crime Information Center (NCIC/FCIC) as stolen.

7. On or about December 9, 2020, SCSO Deputy Smith was investigating a stolen motorcycle and developed HAA as a possible suspect. Smith developed information that HAA was going to an address in Wildwood, Sumter County, Florida in the Middle District of Florida. Other SCSO deputies began surveillance at this location and observed the stolen silver Nissan Murano. The deputies observed a male driving the vehicle and a female in the passenger seat. They conducted a traffic stop of the vehicle and determined that HAA was the driver and BATEMAN was the passenger.

8. SCSO deputies confirmed that the vehicle's VIN was the same number that was entered into NCIC/FCIC by MCSO as stolen from J.B. on December 4, 2020. While interacting with HAA and BATEMAN, SCSO Sgt. Brown, observed in plain view a methamphetamine pipe and a black pistol in between the driver's seat and center console of the vehicle. SCSO later determined the pistol to be a loaded Bersa .380 caliber semiautomatic pistol with serial number 965319.

9. After detaining HAA and BATEMAN, SCSO conducted a probable cause search of the vehicle and recovered a brown purse in the front passenger floorboard of the vehicle where BATEMAN had been sitting. SCSO detectives noted in their reports that this was the only item in the vehicle which was readily apparent to belong to a female. Inside the purse, detectives located a loaded H&R brand .22 caliber revolver bearing serial number AZ032845. They also recovered suspected methamphetamine and used syringes with fluid inside the purse. SCSO

arrested both HAA and BATEMAN for various violations of Florida statutes related to weapons and illegal narcotics.

## CONVICTED FELONS

10. I conducted a records search for criminal history on HAA and determined that he has the following felony convictions in the State of Florida:

- June 15, 2005
  Sumter County, Court Case 05-CF-147
  Fleeing and Eluding and Driving while License Suspended or Revoked (DWLSR) (Habitual)
  Sentenced to 3 years' imprisonment

  Sumter County, Court Case 05-CF-429
  Forgery of a Traffic Citation
  Sentenced to 3 years' imprisonment

- January 17, 2007
  Citrus County, Court Case 06-CF-734
  DWLSR (Habitual) and DWLSR after Fleeing and Eluding
  Sentenced to 2 years' imprisonment

- September 9, 2011
  Lake County, Court Case 09-CF-1393
  Trafficking in Controlled Substance
  Sentenced to 3 years' imprisonment

- January 19, 2011
  Sumter County, Court Case 10-CF-36
  Sale of Oxycodone, Possession of Oxycodone, and Unlawful Use of a Two-Way Communication Device
  Sentenced to 1 year and 8 months' imprisonment

  Sumter County, Court Case 10-CF-37
  Sale of Oxycodone and Possession of Oxycodone
  Sentenced to 1 year and 8 months' imprisonment

- January 9, 2017
  Marion County, Court Case 14-CF-4066

DWLSR (Habitual)
Sentenced to 1 year and 9 months' imprisonment

Marion County, Court Case 14-CF-4210
DWLSR (Habitual)
Sentenced to 1 year and 9 months' imprisonment

Marion County, Court Case 15-CF-1196
Fleeing and Eluding and DWLSR (Habitual)
Sentenced to 1 year and 11 months' imprisonment

Marion County, Court Case 15-CF-1195
DWLSR (Habitual)
Sentenced to 1 year and 11 months' imprisonment

- June 4, 2019
  Marion County, Court Case 15-CF-3903
  Possession of Amphetamine, Possession of Oxycodone, DWLSR (Habitual), and Possession of Methamphetamine
  Sentenced to 5 years' imprisonment

  Marion County, Court Case 17-CF-1621
  Fleeing and Eluding and DWLSR (Habitual)
  Sentenced to 2 years and 3 days' imprisonment

  Marion County, Court Case 18-CF-998
  Conspiracy to Introduce Contraband into a Detention Facility
  Sentenced to 1 year and 6 months' imprisonment

11. According to the Florida Department of Corrections, HAA was most recently released from a state prison on or about August 22, 2020. Therefore, at the time of the events described in this affidavit, HAA knew that he previously had been convicted of an offense punishable by a term of imprisonment in excess of one year (a felony). Moreover, HAA never had his civil rights restored by the Florida Office of Executive Clemency.

12. I conducted a records search for criminal history on BATEMAN and determined that she has the following felony convictions in the State of Florida:

- December 21, 2017
  Lake County, Court Case 16-CF-2684
  Retail Grand Theft
  Sentenced to 6 months' imprisonment

- November 12, 2019
  Lake County, Court Case 18-CF-2858
  Petit Theft with Two or More Convictions
  Sentenced to 7 months' imprisonment

- August 1, 2019
  Lake County, Court Case 19-CF-440
  Possession of Methamphetamine, Possession of Heroin, Possession of Firearm/Ammunition by a Convicted Felon, and Possession of Alprazolam
  Sentenced to 11 months and 29 days' imprisonment

13. The certified conviction records for these offenses contain the signature of BATEMAN and clearly indicate that these offenses are felonies. Based upon the nature of the prior convictions, the recency of those convictions, and the certified records containing her signature, BATEMAN knew that she was previously convicted of an offense punishable by a term of imprisonment in excess of one year (a felony). Moreover, BATEMAN never had her civil rights restored by the Florida Office of Executive Clemency.

INTERSTATE NEXUS

14. I contacted a representative of RSA Enterprises, Inc./Eagle Imports regarding the Bersa pistol recovered by SCSO on or about December 9, 2020. I learned that the Bersa pistol, serial number 965319, was manufactured in Argentina

and then imported to the United States by RSA Enterprises, Inc. On or about December 29, 2008, the pistol was sold to a distributor (Davidson's) in Prescott, Arizona. Accordingly, the firearm affected both interstate and foreign commerce prior to its recovery in the Middle District of Florida.

15. I conducted research on H&R revolver recovered by SCSO on or about December 9, 2020. H&R stands for Harrington and Richardson, a company that used to produce revolvers in Massachusetts. The company closed in 1991 and reopened in 2000 as H&R 1871. H&R 1871 was purchased by Marlin Firearms, who was then purchased by Remington. Remington later sold Marlin Firearms to Sturm, Ruger & Company. I contacted a representative of Remington who was able to research company records regarding the recovered firearm. I learned that the H&R revolver, serial number AZ032845, was manufactured in Gardner, Massachusetts in 1987. Accordingly, the firearm affected interstate commerce prior to its recovery in the Middle District of Florida.

## CONCLUSION

16. Based on the foregoing, I respectively submit that there is probable cause to believe that HAA and BATEMAN have committed violations of 18 U.S.C. § 922(g)(1), possession of a firearm or ammunition affecting commerce by a convicted felon.

This concludes my affidavit.

Zackary Hughes
Task Force Officer, FBI

Sworn to and subscribed before me this __19__ day of April, 2021.

Philip R. Lammens
United States Magistrate Judge